# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| LUCY A. SCULARK | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-1383-S |
| | § | |
| MIDLAND CREDIT MANAGEMENT INC. | § § | |

## ORDER SETTING SCHEDULING CONFERENCE

Pursuant to Federal Rule of Civil Procedure 16, the Court hereby sets this case for a scheduling hearing via teleconference on **July 27, 2020, at 3:30 p.m**. Lead counsel **and/or** local counsel for each party, and all unrepresented parties, shall be present on the call. Dial-in information will be sent to counsel via email.

The parties are directed to confer and be prepared to discuss with the Court the matters set forth in Rules 16(b)(3) and 26(f). The Court expects the parties to review the Judge Specific Requirements, located at: http://www.txnd.uscourts.gov/judge/district-judge-karen-gren-scholer. The parties are encouraged to submit a proposed **agreed** scheduling order at least two days prior to the hearing based on: http://www.txnd.uscourts.gov/sites/default/files/documents/ScholerSO.doc. If the parties' proposed agreed order deviates from the Court's standard form, they must submit a redlined version showing where the proposed order differs.

**SO ORDERED.**

SIGNED July 16, 2020.

**KAREN GREN SCHOLER**
UNITED STATES DISTRICT JUDGE